176 So. 917

**Jesse McGEE (Doing Business as Jesse McGee & Co.) v. Robt. A. LEATH, as Sheriff.**

7 Div. 439.

Supreme Court of Alabama.
June 14, 1937.

Rehearing Denied Oct. 14, 1937.

E. L. Roberts, of Gadsden, for appellant.

Motley & Motley, of Gadsden, for appellee.

THOMAS, Justice.

This case is ruled by the recent decisions in Kennedy v. Shamblin, Sheriff, et al., 234 Ala. 230, 174 So. 773; Fisher v. McDuff, Sheriff, 233 Ala. 499, 172 So. 637, where the recent pertinent decisions are collected and cited. See, also, the later cases of Caudle v. Cotton, Sheriff, 234 Ala. 126, 173 So. 847; Caudle v. Leath, Sheriff, 234 Ala. 695, 175 So. 919.

Affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

176 So. 917

**MALBIS BAKERY CO. v. Oliver FOSTER.**

I Div. 949.

Supreme Court of Alabama.
Oct. 26, 1937.

Armbrecht & Twitty, of Mobile, for appellant.

Smith & Johnston, of Mobile, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

176 So. 918

**Ex parte METROPOLITAN LIFE INS. CO.**

6 Div. 234.

Supreme Court of Alabama.
Nov. 2, 1937.

Cabaniss & Johnston, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.

177 So. 916

**Harry L. MOSEBY et al. v. Frank ROCHE et al.**

I Div. 985.

Supreme Court of Alabama.
Nov. 11, 1937.

PER CURIAM.
Appeal dismissed by appellants.

179 So. 924

**T. T. NICKERSON v. STATE.**

6 Div. 301.

Supreme Court of Alabama.
March 2, 1938.

PER CURIAM.
Appeal dismissed on motion of appellant.